UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA:26-M-00050(1) |
| ROBYN ARGOTE-BROOKS | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Marina-Thais Douenat, Assistant Federal Public Defender and enters her appearance as counsel for the defendant in the above-styled and numbered cause.

                                              Respectfully submitted,

                                              MAUREEN SCOTT FRANCO
                                              Federal Public Defender

                                              /s/ MARINA-THAIS DOUENAT
                                              Assistant Federal Public Defender
                                              300 Convent St. Ste: 2300
                                              San Antonio, Texas 78205
                                              State Bar No.  00798310
                                              Tel.: 210-472-6700
                                              Fax: 210-472-4454

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of January 2026, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

**Joseph E. Blackwell**
Assistant United States Attorney
601 NW Loop 410, Ste 105
San Antonio, TX 78216

                                              /s/ MARINA-THAIS DOUENAT
                                              Assistant Federal Public Defender